Palmer-Shile Company, Appellant, *v.* Swedlow.

Argued April 11, 1972. *David S. Watson,* with him *Thorp, Reed & Armstrong,* for appellant; *James L. Weisman,* with him *Friedman, Friedman and Weisman,* for appellee.

Judgment affirmed.